IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDY PORFIRIO ALVARADO TELLO,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM BARR, et al.,<br><br>Defendants. | Case No. 19-cv-01312-CRB<br><br>**ORDER GRANTING EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER** |

Pending before the Court is Petitioner Fredy Porfirio Alvarado Tello's Emergency Motion for a Temporary Restraining Order ("TRO") and Preliminary Injunction. Dkt. 3. The motion was filed under Federal Rule of Civil Procedure 65(b) and seeks an emergency stay to prevent Petitioner from being re-detained pending resolution of his current petition for a writ of habeas corpus. Id. at 10; see also Dkt. 1.

The Court finds that Petitioner has satisfied Rule 65(b) and an order preserving the status quo pending this Court's consideration of Petitioner's should issue. Petitioner has raised a serious question of law about the legality of the Board of Immigration Appeals' bond determination as to Petitioner. He has also sufficiently explained that he would be irreparably harmed by a denial of his TRO and that the balance of the equities and the public interest tip in his favor. Further, he has shown that ex parte relief is appropriate given the emergency nature of his request given that the Board of Immigration Appeals has ordered the Department of Homeland Security to re-detain Petitioner.

The Court thus GRANTS the TRO and ENJOINS Respondents from detaining Petitioner for fourteen days, until 5:00 p.m. on March 26, 2019. Petitioner is directed to

serve all defendants with his habeas petition, associated filings, and this Order by no later than March 13, 2019 and file a proof of service of the same with the Court on or before March 14, 2019. Respondents may file an opposition to Petitioner's Motion for a Preliminary Injunction on or before March 19, 2019.

**IT IS SO ORDERED.**

Dated: March 12, 2019

_____
CHARLES R. BREYER
United States District Judge