IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDY PORFIRIO ALVARADO TELLO,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM BARR, et al.,<br><br>Defendants. | Case No. 19-cv-01312-CRB<br><br>**ORDER EXTENDING TEMPORARY RESTRAINING ORDER** |

Petitioner Fredy Porfirio Alvarado Tello's filed an Emergency Motion for a Temporary Restraining Order ("TRO") and Preliminary Injunction. Motion (Dkt. 3). The Court granted that motion and enjoined Respondents from detaining Petitioner for fourteen days, until 5:00 p.m. on March 26, 2019. Order (Dkt. 9). Subsequently, Respondents filed a Response to the Petition opposing the Motion for a Preliminary Injunction. Response (Dkt. 11).

Respondents contend that "United States Immigration and Customs Enforcement ('ICE') will be moving the Board of Immigration Appeals ('BIA') to reconsider its decision no later than April 1, 2019 ('Motion to Reconsider') and will not re-arrest Petitioner pending the BIA's decision on the Motion to Reconsider absent a material change in circumstances, e.g., a new criminal arrest or conviction, failure to comply with the bond conditions set by the Immigration Judge ('IJ'), denial of immigration relief or removal order." Id. at 1-2; see also id. Exh. 1 (Auer Decl.).

However, Respondents have not, as far this Court is aware, yet filed a Motion to Reconsider with the BIA. See generally id. And so Respondents' assurance that "[w]hile

the Motion to Reconsider is pending with the BIA, ICE agrees not to re-arrest Petitioner, unless there is a material change in circumstances[,]" Auer Decl. ¶ 8 (emphasis added), does not yet apply. Because Respondents have stated that they intend to file that Motion "no later than April 1, 2019," id. ¶ 7, and the TRO is currently set to expire prior to that date, the Court thus finds that there is "good cause" to extend the TRO for" an additional 14 days. See Fed. R. Civ. P. 65(b)(2) ("The order expires at the time after entry—not to exceed 14 days—that the court sets, unless before that time the court, for good cause, extends it for a like period or the adverse party consents to a longer extension."). For these reasons, the TRO (Dkt. 9) is thus extended to April 9, 2019, at 5:00 pm. The Court also requests that Respondents notify this Court when they have filed the aforementioned Motion to Reconsider before the BIA.

**IT IS SO ORDERED.**

Dated: March 20, 2019

CHARLES R. BREYER
United States District Judge